

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00466-CR

Scott Ralph **WHEELOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B18291
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Wheelock's "Motion for Affirmance with Damages" is DENIED.

SIGNED September 23, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice